at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

James M. Burke, for appellant; Snyder & Cohn, of counsel. Robert E. Crowe, State's Attorney, for appellee; Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Josephine Tonine, appellee, v. Kenneth Ball, appellant. Gen. No. 29,832.

Bastardy proceeding. Judgment for relatrix. Appeal from the Municipal Court of Chicago; the Hon. William L. Morgan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

W. G. Anderson, for appellant. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Louise Frey, appellee, v. Levitan Lumber Company, appellant. Gen. No. 29,841.

Action to recover value of certain real estate bonds delivered to defendant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

I. B. Perlman, for appellant; Isidore Goodman, of counsel. John A. Ulrich, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Standard Trading Company, appellee, v. Elia Levy, appellant. Gen. No. 29,863.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925. Rehearing denied November 6, 1925.

Garrett, McKenna & Harris, for appellant. Eastman, White & Hawxhurst, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Frank Seeley, appellee, v. South Park Commissioners, a corporation, appellant. Gen. No. 29,893.

Action to recover damages to automobile in collision with safety island. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James W. Gordon, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed. Opinion filed October 28, 1925.

Louis J. Behan and William J. Corrigan, for appellant; Ira W. Hurley, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.